# MEMORANDUM DECISIONS.

CALIFORNIA DRIED FRUIT AGENCY et al. v. UNITED STATES CONSOL. SEEDED RAISIN CO. (Circuit Court of Appeals, Ninth Circuit. October 17, 1910.) No. 1,836. Appeal from the Circuit Court of the United States for the Northern Division of the Southern District of California. Frederick S. Lyon, for appellants. John H. Miller and William K. White, for appellee.

PER CURIAM. On motion of John H. Miller, counsel for the appellee, and it appearing to the court that this cause was submitted to the court for consideration and decision on the briefs filed by counsel in the cause entitled Kings County Raisin & Fruit Co., Appellant, v. U. S. Consolidated Seeded Raisin Co. (No. 1,835 here) 182 Fed. 59, in which latter case an opinion of this court was filed, and a decree was filed and entered on October 3, 1910, affirming the order of the court below, ordered, decree of the court below herein affirmed, with costs in favor of the appellee and against the appellants, and that a decree be filed and entered herein accordingly.

---

HOUSTON OIL CO. et al. v. DRAKE et al. (Circuit Court of Appeals, Fifth Circuit. November 5, 1910.) No. 1,999. On rehearing.

PER CURIAM. The decree below, affirmed by the decision of this court (182 Fed. 202), is one practically and substantially dismissing the complainant's bill, which, as amended and re-engrossed, involved only the title to timber on 160 acres, to wit, the land claimed by the Drakes. The remainder of the tract, said to be owned by McShane, on which the complainant claims timber rights, was not involved in the case, and it is not affected by the decree. The petition for rehearing is denied.

---

In re LISK MFG. CO. (Circuit Court of Appeals, Second Circuit. November 14, 1910.) No. 4. Petition to Review Order of the District Court of the United States for the Western District of New York. Moses Shire and Edward L. Jellinek, for petitioner. Bushnell & Kent (R. S. Kent, of counsel), for respondents. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Order affirmed.

---

MARINE IRON WORKS v. WIESS. (Circuit Court of Appeals, Fifth Circuit. April 15, 1910.) No. 1,955. On rehearing.

PER CURIAM. In the judgment rendered in this case in this court at this term on April 5, 1910 (177 Fed. 1003, 100 C. C. A. 667), we were in error as to the amount of profit received by Wiess on the judicial sale of the John H. Kirby, and omitted to provide for the interest thereon. To correct the error and omission, it is now ordered and adjudged that our said judgment be amended so as to read as follows: "It is therefore ordered that this cause be remanded to the Circuit Court, with instructions to give plaintiff below 10 days within which to enter a remittitur to the judgment in the sum of $2,970, with legal interest thereon from July 21, 1903, up to date of judgment. If such remittitur is entered, the said judgment shall stand affirmed; otherwise, the Circuit Court shall set aside the said judgment and grant a trial de novo." It is further ordered that the petition for a rehearing herein be denied. The costs of this court to be paid by the defendant in error.